UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                    Criminal No. 3:18-CR-165-CWR-FKB

JESSIE BULLOCK

_____

**MOTION FOR STATUS CONFERENCE**
_____

COMES NOW the United States of America, by and through the Office of the United States Attorney, and respectfully requests that this Honorable Court hold a status conference in this matter. In particular, the Government respectfully requests the Court address the following:

1. A pretrial conference was held on August 26, 2022, in which the Court reset trial in this matter for November 28, 2022.

2. On August 29, 2022, Defendant filed a Motion to Dismiss [Dkt. #61]. In turn, the Government responded on September 8, 2022 [Dkt. #63].

3. On October 27, 2022, the Court Ordered the parties respond and indicate their position on the appointment of a consulting expert [Dkt. #65]. On December 12, 2022, both parties submitted their respective responses.

4. Should the Court not desire additional briefing or a hearing on the matter, it has now been over 30 days of the motion being under advisement which raises speedy trial concerns under 18 USC 3161(h)(1)(H). Accordingly, the Government respectfully requests a status conference in this matter.

RESPECTFULLY submitted, this the 3rd day of February, 2023.

DARREN J. LaMARCA
*United States Attorney*

By:   /s/ *Jessica S. Terrill*
Jessica S. Terrill
*Assistant U.S. Attorney*
MB No. 105510
jessica.terrill@usdoj.gov
501 East Court Street, Suite 4.430
Jackson, MS 39201
(601) 973-2850

**CERTIFICATE OF SERVICE**

I, Jessica S. Terrill, Assistant United States Attorney, hereby certify that on this day, I caused to be electronically filed the foregoing document with the Clerk of the Court, which provides notice to all counsel of record.

So certified, this the 3rd day of February 2023.

                                        */s/ Jessica S. Terrill*
                                        Jessica S. Terrill
                                        Assistant U.S. Attorney